UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CNETRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 5:22-cr-00143-GFVT-MAS-1 |
| V. | ) ) ) | |
| J'SHAN KENNETH LEE RIGSBY, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett.  [R. 52.]  The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review.  *Id.* at 3.  The Defendant has not objected and the time to do so has passed.

Upon review, the Court is satisfied that Defendant Rigsby knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea **[R. 52]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant J'Shan Kenneth Lee Rigsby is **ADJUDGED** guilty of Counts One (1) and Three (3) of the Indictment;[1]

3. The Defendant's Jury Trial is **CANCELLED**;

---

[1] Judge Stinnett's recommendation also references forfeiture.  Because the United States subsequently moved for a preliminary judgment of forfeiture, the Court will rule on the matter by a separate order.

4. A Sentencing Order shall be entered promptly.

This the 3rd day of April 2023.

Gregory F. Van Tatenhove
United States District Judge